**Dismissed and Memorandum Opinion filed November 26, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00033-CV

### ALPHA GLYNN MESKIMEN, Appellant

### V.

### JENIFER LOUISE MESKIMEN, Appellee

**On Appeal from the County Court at Law
Navarro County, Texas
Trial Court Cause No. C18-26928-CV**

### MEMORANDUM OPINION

This is an attempted appeal from a judgment signed October 25, 2018. No post-judgment motion was filed. Appellant's notice of appeal was filed January 3, 2019. The notice of appeal must be filed within 30 days after the judgment is signed when appellant has not filed a timely post-judgment motion. *See* Tex. R. App. P. 26.1

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of

appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On September 19, 2019, this court issued an order granting appellant 30 days to file an amended notice of restricted appeal in conformity with rule 25.1(d)(7) of the Texas Rules of Appellate Procedure. Tex. R. App. P. 25.1(d)(7). Appellant failed to file an amended notice of appeal.

Accordingly, we order this appeal dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.